UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEROME C. SILLS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 22-11761-PBS |
| INSTRUMENTATION LABORATOIRES/WERFEN ) | |
| CORP ET AL, ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

SARIS, D.J.

In accordance with the Court's Order dated December 12, 2022, allowing defendants' motion to dismiss (Docket No. 7 and 10), it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice.

By the Court,

/ s / Clarilde Geraldino-Karasek
Deputy Clerk

DATED: December 14, 2022